**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**ELVIA MARIA LOPEZ ZAMORA**                    **CIVIL ACTION NO. 25-2141**

                                                **SECTION P**

**VS.**

                                                **JUDGE ROBERT R. SUMMERHAYS**

**MERRICK GARLAND, ET AL.**                     **MAG. JUDGE KAYLA D. MCCLUSKY**

<u>**ORDER**</u>

Petitioner Elvia Maria Lopez Zamora, a detainee at Richwood Correctional Center proceeding pro se, filed this proceeding on approximately December 30, 2025, under 28 U.S.C. § 2241.  On January 5, 2026, the Court ordered Petitioner to, within thirty days, file her petition on the approved form.  [doc. # 3].  That deadline passed, and Petitioner has failed to comply with the Court's Order.

Accordingly, **IT IS ORDERED** that Petitioner's Petition, [doc. # 1], is **STRICKEN** from the record.

In Chambers, Monroe, Louisiana, this 4th day of March, 2026.

_____
Kayla Dye McClusky
United States Magistrate Judge